# SENTENCING MINUTES

DATE: __12/1/2023__      CASE NUMBER: __2:23cr76__

JUDGE: __GIBNEY__        CT REPORTER: __Jill Trail__

INTERPRETER: _____

| UNITED STATES OF AMERICA | Kevin Comstock, Marc West |
|---|---|
| v. | COUNSEL |
| Ali Scott, Jr. | Andrew Sacks |

**SENTENCING ON COUNT(S):** __1, 2__     ( X ) Criminal Information
( ) Indictment  ( ) Superseding Ind.

**OBJECTIONS TO PSR:** __None__

**PRELIMINARY MATTERS:** __Arguments heard regarding downward departure. The Court denied the motion.__

**STATEMENTS MADE BY:** GOV'T ( X )  DEFENSE COUNSEL ( X )  DEFT ( X )

**ON MOTION OF GOV'T,** ( ) INDICTMENT ( ) REMAINING CTS. DISMISSED.

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today ( X )

DEFT REMANDED TO CUSTODY ( X )

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**
ON:_____  BY:_____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

CASE SET: 9:00 am     BEGAN: 9:08 am   ENDED: 9:34 am    TIME IN COURT: 26 minutes

**SENTENCE TEXT**

**COUNT  1**   IMPRISONMENT  72  MOS.   CONCURRENT ( X )   CONSECUTIVE (  )

CREDIT FOR TIME SERVED ON THIS CHARGE ( X )

SUPERVISED RELEASE  7  YEARS

PROBATION _____ YEARS

FINE $_____   (  ) Fine not imposed

SPECIAL ASSESSMENT $100.00  due immediately

**COUNT  2**   IMPRISONMENT  72  MOS.   CONCURRENT ( X )   CONSECUTIVE (  )

SUPERVISED RELEASE  3  YEARS   CONCURRENT ( X )

PROBATION _____ YEARS   CONCURRENT (  )

FINE $ 100.00   (  ) Fine not imposed

SPECIAL ASSESSMENT $_____  due immediately

**COUNT  ____**   IMPRISONMENT _____ MOS.   CONCURRENT (  )   CONSECUTIVE (  )

SUPERVISED RELEASE _____ YEARS   CONCURRENT (  )

PROBATION _____ YEARS   CONCURRENT (  )

FINE $_____   (  ) Fine not imposed

SPECIAL ASSESSMENT $_____  due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( X )**

**RESTITUTION ORDERED:** _____

**RECOMMENDATION(S) TO BOP:**
( X ) Designate dft. to (a facility near family)  Norfolk, Virginia
( X ) BOP 500-hr intensive drug treatment program, if the defendant qualifies and volunteers
(  ) UNICOR program  (  ) with _____ portion of earnings directed to child support
( X ) Educational /Vocational training (  ) SHOCK Incarceration Program (  ) BRAVE Program
(  ) OTHER: _____

**SPECIAL CONDITIONS of Probation / Supervised Release:**

__X___ (1) Incur no new credit without approval of probation officer
__X___ (2) Provide probation officer with access to financial information
__X___ (3) Participate in drug/alcohol treatment, if deemed necessary and waive all rights of confidentiality regarding treatment to allow release of information to probation;
  __Gov___ Pay cost
_____ (4) Participate in mental health treatment, if deemed necessary and waive all rights of confidentiality regarding treatment to allow release of information to probation;
  _____ Pay cost  _____ Participate in anger management
__X___ (5) The defendant shall not consume any alcohol or marijuana, even if it becomes legal
__X___ (6) Participate in a program such as Narcotics Anonymous/Alcoholics Anonymous or a similar secular program (any secular equivalent to NA/AA must be approved by the probation officer and the Court.) Dft shall begin attendance within __10 days___ of release. Defendant shall attend 90 meetings within 90 days. Defendant shall obtain a sponsor who will confirm the sponsor relationship with the probation officer.
__X___ (7) Pay child support in amount ordered by social services or Court.
__X___ (8) Defendant shall pay any balance owed on the S/A imposed by the Court
  __X__ Pay in installments of not less than $__5.00_____ per month, to begin 60 days after start of supervision until paid in full
_____ (9) Defendant to apply monies received from tax refunds, lottery winnings, and any anticipated or unexpected financial gains to the Court-ordered financial obligation
_____ (10) Mandatory drug testing waived; ___ PO may still administer drug test if appropriate
_____ (11) Perform community service _____ HOURS during period of supervision
_____ (12) Participate in home confinement program for _____ with monitoring
  _____ Permitted to work, attend church, or other approved activities
  _____ Maintain telephone without special features; no cordless phone
  _____ Pay costs of electronic monitoring
_____ (13) Defendant to be surrendered to BICE for deportation proceedings
  _____ If deported, defendant to remain outside the United States
_____ (15-19) ___ Defendant shall register with the state sex offender registration agency in any state where he resides, is employed, a student, etc., ____ Defendant shall not own or have a computer in his residence or place of employment. Also, he shall not use a computer to access any online computer services at any location, including employment without the prior approval of the probation officer. This includes any internet service provider bulletin board systems, or any other public or private computer network. ___Defendant shall not have any access to or possess any pornographic material, pictures displaying nudity, or magazines using juvenile models or pictures of juveniles under the age of 18 years. ___ Defendant shall not be in the presence of children under the age of 18 without another responsible adult being present. ___ Defendant shall not accept any paid or volunteer positions involving children.
_____ (---) **Other special conditions:**

_____

_____

_____

_____