IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:23cr76

ALI SCOTT

## STANDING ORDER NOTICE BY ANDREW M. SACKS, ESQUIRE

COMES NOW Andrew M. Sacks, Esquire, previously retained counsel of record to the defendant, and, pursuant to the Court's Standing Order (ECF No. 51), and the Court's Order entered on July 9, 2024 (ECF No. 52), respectfully files the herein Notice and advises the Court as follows:

1. Defense counsel acknowledges receipt of the 821 Worksheet (ECF No. 50);

2. The undersigned counsel was retained by the defendant to represent him, but the attorney-client relationship concluded on December 1, 2023, when the defendant was sentenced by this Court and the instant prosecution against him was concluded; and,

3. In light of Paragraph 2 above, the undersigned counsel no longer intends to represent the defendant.

Counsel also respectfully thanks the Court for permitting him an opportunity to comply with the Court's Standing Order at this time.

Respectfully submitted,

By: _____/s/_____
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Previous counsel for defendant Ali Scott
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510

1

Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Kevin M. Comstock, Esquire
Assistant United States Attorney
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Phone: (757) 441-6331
Facsimile: (757) 441-6689
E-mail: Email: Kevin.Comstock@usdoj.gov


/s/
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Previous counsel for defendant Ali Scott
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\SCOTT Ali\FEDERAL\NoticeAcknowledge&Position7 14 2024.docx